UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MOISES DOLORES, EDUARDO
CASTELAN, GELACIO REYES and
GREGORIO MIRANDA, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiffs,

-v-

EUROPAN CAFE, LLC. d/b/a EUROPAN,
THEODOROU HRISTOS, FRANK
PARENTE, EVANGELOS GAVALAS, NICK
GLENDIS, JAMES NICOZISIS and JOHN
DOES #1-10, Jointly and Severally,

               Defendants.

No. 13-cv-7270 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is the parties' Joint Letter, dated February 20, 2015, requesting for the second time an adjournment of the deadline for mailing the Notice of Proposed Settlement, and also attaching: (i) an Addendum to the Settlement Agreement; and (ii) a revised Notice of Proposed Settlement. (Doc. No. 39.) Accordingly, IT IS HEREBY ORDERED THAT the deadline for class counsel to mail the Notice of Proposed Settlement to the class members is adjourned to February 27, 2015. However, with respect to the attachments to the parties' February 20, 2015 Joint Letter, IT IS FURTHER ORDERED THAT the parties carefully review the attachments and make sure that they accord with the Court's Order, dated February 3, 2015, preliminarily approving the settlement and attaching a Notice of Proposed Settlement that had been edited by the Court. (Doc. No. 36.) Specifically, the parties shall remove from the

attachments to the parties' February 20, 2015 Joint Letter all references to the *Eastern* District of New York and placeholders such as "[insert date of fairness hearing]" and "[date of Preliminary Approval Order]," which were not in the Notice of Proposed Settlement that the Court docketed. (*Id.*)

SO ORDERED.

Dated:   February 20, 2015
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE